

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

| | |
|---|---|
| **WILLIAM M. MCCOOL**<br>**District Court Executive**<br>**Clerk of Court** | **LORI LANDIS**<br>**Chief Deputy Clerk** |

July 22, 2010

**CLERK, US DISTRICT COURT**
District of Oregon at Portland
InterdistrictTransfer_ORD@ord.uscourts.gov

Re:  Enrique Botello

Your No:  3:19-cr-00271-SI-05
Our No:   MJ19-5131

Dear Clerk:

On July 19, 2019, Defendant Botello had an Initial Appearance in Tacoma, Washington.  The defendant was ordered detained by our court.  He has been remanded to the custody of the US Marshal pending his next appearance in your district for further proceedings pursuant to Rule 5(c).  Attached you find a PDF image of our *Internal* Docket Sheet and all documents contained in the Western District of Washington Court File.

Please acknowledge receipt on the enclosed copy of this letter and return the same via e-mail to kelly_miller@wawd.uscourts.gov.

Sincerely,

By  *Kelly A Miller*
Deputy Clerk